PROB. 35
(Rev. 7/04)

FILED
U.S. DISTRICT COURT
Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

09 APR 15  AM 11: 25

OFFICE OF THE CLERK

### UNITED STATES OF AMERICA

*v.*

**Docket # 8:00CR65**

**Doyle Merritt**

On September 6, 2000, was sentenced to 36 months custody, to be followed by 60 months supervised release. The period of supervised release commenced April 8, 2003. On June 15, 2007 Mr. Merritt's term of supervised release was revoked and a sentence of 1 day custody followed by an extension of supervised release until January 15, 2009 was imposed. On January 13, 2009 a motion to extend supervision for 4 months, for a total term of 23 months supervision, was granted to allow Mr. Merritt the opportunity to complete substance abuse treatment.   Mr. Merritt has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kimi J. Jensen
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ **15** _____ day of _____ **APRIL** _____, 2009.

The Honorable Joseph F. Bataillon
Chief United States District Judge